IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.    1:18-CR-146 (TJM) |
| | ) | |
| **v.** | ) | **Information** |
| | ) | |
| **WILLIAM MORRISON** | ) | Violation:    21 U.S.C. §§ 846, 841(a)(1), |
| **a/k/a "Whoody,"** | ) | and (b)(1)(A) |
| | ) | |
| | ) | [Conspiracy to Possess with |
| | ) | Intent to Distribute and to |
| | ) | Distribute Cocaine Base] |
| | ) | |
| | ) | One Count and Forfeiture Allegation |
| | ) | |
| **Defendant.** | ) | County of Offense:    Columbia |

### THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**[Conspiracy to Possess with Intent to Distribute and to Distribute Cocaine Base]**

From in or around August 2017 through in or around December 2017, in Columbia County in the Northern District of New York, and elsewhere, the defendant, **WILLIAM MORRISON a/k/a "Whoody,"** conspired with others to knowingly and intentionally possess with intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846. That violation involved 280 grams or more of a mixture and substance which contained cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

### PRIOR DRUG FELONY CONVICTION

The defendant, **WILLIAM MORRISON a/k/a "Whoody"** has a prior, final conviction for a felony drug offense, that is, on or about March 10, 2010, the defendant **WILLIAM MORRISON a/k/a "Whoody,"** was convicted of Criminal Possession of a Controlled

Substance/Narcotic, in violation of New York Penal Law 220.16(12), and was sentenced to a three-year term of probation, which conviction affects the penalty provisions of Title 21, United States Code, Section 841, which applies to Count One of this Information.

## FORFEITURE ALLEGATION

1.     The allegations contained in this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

2.     Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841, the defendant **WILLIAM MORRISON a/k/a "Whoody,"** shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.  The property to be forfeited includes, but is not limited to, the following:

(a) A money judgment in the amount of $5,600.

3.     If any of the property described above, as a result of any act or omission of the Defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,  the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

Dated: May 14, 2018

GRANT C. JAQUITH
United States Attorney

By:  _____

Wayne A. Myers
Assistant United States Attorney
Bar Roll No. 517962